# IN THE SUPREME COURT OF THE STATE OF DELAWARE

SHARON PHILLIPS,[1]

    Respondent Below,
    Appellant,

    v.

STEVEN LONG,

    Petitioner Below,
    Appellee.

§
§ No. 63, 2017
§
§
§ Court Below—Family Court
§ of the State of Delaware
§
§ File No. CN04-06332
§ Petition No. 16-07523
§
§
§

Submitted: June 6, 2017
Decided:   June 19, 2017

## ORDER

This 19th day of June 2017, it appears to the Court that, on May 9, 2017, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for her failure to file an opening brief and appendix in this matter on or before April 27, 2017. The appellant failed to claim the notice to show cause sent by certified mail and failed to respond to the notice to show cause sent by first class mail. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

_____
Justice